HIGH QUALITY HOMES, INC., Respondent, v. IRENE K. PALMER, Appellant.— Motion referred to the court that rendered the decision. Present — Adel, Acting P. J., Wenzel, Schmidt, Beldock and Murphy, JJ. Motion for reargument denied, without costs. Present — Wenzel, Acting P. J., MacCrate, Schmidt, Beldock and Murphy, JJ. [See *ante*, p. 954.]

■

THOMAS HAWLEY, Appellant, v. CITY OF NEW YORK, Respondent.— Motion for leave to appeal to the Court of Appeals granted. The following question is certified: Was the order of this court, entered April 12, 1954, properly made as a matter of law? The decision and order of this court were made as a matter of law and not in the exercise of discretion. Present — Adel, Acting P. J., Wenzel, Schmidt, Beldock and Murphy, JJ. [See *ante*, p. 882.]

■

In the Matter of MURRAY KING, Appellant-Respondent, against ALEXANDER MACMURRAY et al., Respondents, and LAWRENCE W. MCKEOWN et al., Doing Business as MID-ISLAND HERALD, Respondents-Appellants.— Motion to permit appellant-respondent and respondents-appellants to withdraw appeal without payment of costs granted. Present — Nolan, P. J., Adel, MacCrate, Schmidt and Beldock, JJ. [See *post*, p. 1084.]

■

In the Matter of the Construction of the Will of ANNIE H. WHYTE, Deceased. ALICE E. SCANLON et al., Appellants; ANNABELLE N. NOYES, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Adel, Acting P. J., Wenzel, Schmidt, Beldock and Murphy, JJ. [See *ante*, p. 947.]

■

CARLOS PABON et al., Respondents, v. LOUIS PASQUALE, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Adel, MacCrate, Schmidt and Beldock, JJ.

■

CHARLES A. REINWALD, Appellant, v. CHEMICAL BANK & TRUST COMPANY, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Adel, Acting P. J., Wenzel, Schmidt, Beldock and Murphy, JJ. [See *ante*, p. 966.]

■

HAZEL F. BITTSON, Respondent, v. ANTHONY J. BITTSON, Appellant.— In a separation action defendant appeals from an order denying his motion for the issuance of a commission to take his testimony and that of five named persons by way of written interrogatories in the Republic of Portugal. Order affirmed, with $10 costs and disbursements. Appellant has stated, in his brief, that he does not press the appeal so far as witnesses other than himself are concerned. Insofar as his own testimony is concerned, the denial of the motion may not be said to be an improvident exercise of discretion, in view of the stipulation of counsel, which is recited in the order. Nolan, P. J., Wenzel, Schmidt, Beldock and Murphy, JJ., concur.